TROUP COUNTY BOARD OF HEALTH *et al. v.* GORMLEY,
superintendent of banks, *et al.*

HUTCHESON, J. Under the facts of this case the judge did not err in holding that the board of health was a mere general depositor and fell within the provisions of the act of 1927 (Ga. L. 1927, pp. 195, 199·), as to priority of payment of debts of the bank. See *Gormley* v. *Troup County,* ante, 446. *Judgment affirmed. All the Justices concur.*

No. 9538. FEBRUARY 16, 1934.

*Henry Reeves* and *L. L. Meadors,* for plaintiff.
*R. W. Martin* and *M. U. Mooly,* for defendants.